

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE MARTINEZ, | § | No. 08-17-00165-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160C07540) |
| | § | |

**O R D E R**

The Appellant's brief in the above styled and numbered cause was due March 30, 2018 after the Court granted five motions for extension of time to file the brief. As of the date of this order, no brief or additional motion for extension of time to file the brief has been filed with this Court.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before May 9, 2018.

IT IS SO ORDERED this 9th day of April, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.